FILED
CLERK, U.S. DISTRICT COURT
3/12/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JB  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| UNITED STATES OF AMERICA, | CR  2:21-cr-00118-DSF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| ABRAHAM CASTRO, aka "Caution," | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about August 6, 2019, in Los Angeles County, within the Central District of California, defendant ABRAHAM CASTRO, also known as "Caution," knowingly possessed a firearm, namely, a Smith & Wesson, model Bodyguard 380, .380 caliber pistol, bearing serial number EAJ9161, and ammunition, namely, approximately 12 rounds of Giulio Fiocchi Lecco .380 caliber ammunition, in and affecting interstate and foreign commerce.

Defendant CASTRO possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the

following felony crimes, each punishable by a term of imprisonment exceeding one year:

    (1)  Second Degree Robbery, in violation of California Penal Code Section 211, in the Superior Court of the State of California, County of Los Angeles, Case Number NA082481, on or about October 13, 2009; and

    (2)  Attempted Second Degree Robbery, in violation of California Penal Code Sections 665 and 211, in the Superior Court of the State of California, County of Los Angeles, Case Number NA099984, on or about November 24, 2014.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in the offense, including but not limited to the following seized on August 6, 2019:

1. One Smith & Wesson, model Bodyguard 380, .380 caliber pistol, bearing serial number EAJ9161; and

2. Approximately 12 rounds of Giulio Fiocchi Lecco .380 caliber ammunition.

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been

transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

VERONICA DRAGALIN
Assistant United States Attorney
Public Corruption & Civil Rights Section